UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARMEN HEUFT,

    Plaintiff,

  v.

MICHAEL CULLEN, et al.,

    Defendants.

CASE NO. 06-1533-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Notice of Occurrence of ADR Procedure (Dkt. No. 56) and letter (Dkt. No. 55) filed by Mediator Philip Cutler. In light of Mr. Cutler's report that the parties have reached a settlement of the case, the Court hereby STRIKES the March 24, 2008 trial date, together with the pending cross-motions for summary judgment (Dkt. Nos. 16 & 27), as moot.

    The parties are ORDERED to appear for a status conference on February 26, 2008, at 9:00 a.m. If, prior to that date, the parties present the Court with a motion and stipulation as referenced in Mr. Cutler's letter, or otherwise notify the Court that settlement has been perfected, the Court will strike the status conference and not require the parties to appear.

MINUTE ORDER – 1

1     Pursuant to Mr. Cutler's request, the Court will not conditionally dismiss the case at this time.

2     DATED this 18th day of January, 2008.

3                                        BRUCE RIFKIN, Clerk of Court

4                                        By  /s/ T. Scott

5                                            Deputy Clerk

26   MINUTE ORDER – 2